160 A.3d 693

RUSSELL MOLLICA, JAMES WOLLNER, RAY MCCARTHY AND CHRIS STANZIALE, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP OF BLOOMFIELD AND COUNCILMAN NICHOLAS JOANOW, DEFENDANTS-PETITIONERS.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002467–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.